**Fill in this information to identify the case and this filing:**

Debtor Name __Covenant Solar Tech, LLC__

United States Bankruptcy Court for the: __Eastern__ District of __N.C.__
(State)

Case number (*If known*): __23-00998__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/02/2023__       ✗ _____
MM / DD / YYYY                           Signature of individual signing on behalf of debtor

__Julian Hall II__
Printed name

__Owner/CEO__
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __Covenant Solar Tech, LLC__

United States Bankruptcy Court for the: __Eastern__ District of __N.C.__
(State)

Case number (If known): __23-00998__

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | First Horizon | Checking | 5 7 5 1 | $ 333.53 |
| 3.2. | Truist | Checking | 1 3 4 5 | $ 0.00 |
| | Truist | Checking | 9 3 7 5 | $ 55,705.18 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Undeposited funds in Quickbooks finance that are due | $ 21,277.50 |
| 4.2. | | $ |

5. **Total of Part 1**  $ 77,316.21

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | Current value of debtor's interest |
   |---|---|
   | 7.1. | |
   | 7.2. | $ |
   | | $ |

Debtor _____Covenant Solar Tech, LLC_____   Case number *(if known)*___23-00998___
       Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1._____   $_____

    8.2._____   $_____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.   $_____

---

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

                       **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   265,621.52 — _____ = ........➔   $ 265,621.52
                   face amount      doubtful or uncollectible accounts

    11b. Over 90 days old:   483,332.65 — _____ = ........➔   $ 483,332.65
                   face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ 748,954.17

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                   **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____   _____   $_____
    14.2._____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:        % of ownership:

    15.1._____   _____%   _____   $_____
    15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____   _____   $_____
    16.2._____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.   $_____

---

Debtor _____Covenant Solar Tech, LLC_____  Case number *(if known)*___23-00998___
Name

| **Part 5:** | **Inventory, excluding agriculture assets** |

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **20.** **Work in progress**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **21.** **Finished goods, including goods held for resale**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| **22.** **Other inventory or supplies**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24.** **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| **29.** **Farm animals** *Examples*: Livestock, poultry, farm-raised fish<br>_____ | $_____ | _____ | $_____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | $_____ | _____ | $_____ |
| **31.** **Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | _____ | $_____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6**<br>_____ | $_____ | _____ | $_____ |

Debtor _____Covenant Solar Tech, LLC_____   Case number (if known)_____23-00998____
Name

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | $ 2,325 | Straightline | $ 2,325 |
| 40. **Office fixtures** | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ 7,575 | Straightline | $ 7,575 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ 9,900

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor _____Covenant Solar Tech, LLC_____     Case number (if known)_____23-00998_____
                     Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 See attached list | $ 74,471.41 | NBV | $ 74,471.41 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | | $_____ |
| 48.2 _____ | $_____ | | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | | $_____ |
| 49.2 _____ | $_____ | | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | | $_____ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 74,471.41

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor _____Covenant Solar Tech, LLC_____    Case number *(if known)*___23-00998___
       Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**
- ☑ No. Go to Part 10.
- ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☐ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>Solar Company purchased Dec 2020, Roofing Pro purchased Jun 2022 | $ 2,641,192.23 | Straightline | $ 2,641,192.23 |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 2,641,192.23

Debtor _____Covenant Solar Tech, LLC_____     Case number *(if known)*____23-00998____
     Name

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____ _____ — _____ = ➜ $_____
                                               Total face amount     doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

**73. Interests in insurance policies or annuities**

_____   $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim      _____

Amount requested    $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim      _____

Amount requested    $_____

**76. Trusts, equitable or future interests in property**

_____   $_____

**77. Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor ___Covenant Solar Tech, LLC_____     Case number *(if known)* ___23-00998___
Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 77,316.21 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 748,954.17 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 9,900.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 74,471.41 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................................➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 2,641,192.23 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.............................. 91a. | $ 3,551,834.02 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................. $ 3,551,834.02

**Schedule A/B, Part 8, Line 47 (Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles)**

| Year | Make | Model | Entity | Financed through (if still active) | VIN | Net book value | Valuation Method used for current value | Current value of debtor's interest |
|------|------|-------|--------|-----------------------------------|-----|----------------|----------------------------------------|-----------------------------------|
| 2019 | Dodge | Ram 1500 | Solar | Ally | 1C6RR6KM0KS675796 | $ 20,013.12 | NBV - 5 yr straight line | $ 20,013.12 |
| 2020 | GMC | Sierra | Solar | Ally | 3GTP9EEL4LG145143 | $ 54,458.29 | NBV - 5 yr straight line | $ 54,458.29 |
| 2018 | Chevrolet | Express Van 2500 | Solar | N/A | 1GCWGBFP8J1212548 | $ - | NBV - 5 yr straight line | $ - |
| 2015 | FORD | F-150 | Solar | N/A | 1FTEW1EP9FFC68146 | $ - | NBV - 5 yr straight line | $ - |
| 2000 | FORD | E150 | Solar | N/A | 1FTRE1425YHB36955 | $ - | NBV - 5 yr straight line | $ - |
| 2004 | CHEVROLET | AVALANCHE | Solar | N/A | 3GNEK12T44G147220 | $ - | NBV - 5 yr straight line | $ - |
| | | | | | | $ 74,471.41 | | $ 74,471.41 |

**Fill in this information to identify the case:**

Debtor name ___Covenant Solar Tech, LLC___

United States Bankruptcy Court for the: ___Eastern___ District of ___N.C.___
(State)

Case number (If known): ___23-00998___

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| CED Greentech (Greentech Renewables) | All Personal Property | $ 149,167.69 | $ 814,142.86 |

Creditor's mailing address
PO Box 936557,
Atlanta, GA 31193-6557

**Describe the lien**
_____

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred   1/11/2023

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number   3 9 6 7

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Ally Auto | 2019 GMC Sierra *5143 | $ 54,189.39 | $ 54,458.29 |

Creditor's mailing address
PO Box 380902,
Bloomington, MN 55438-0902

**Describe the lien**
_____

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred   5/6/2022

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number   5 8 1 6

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 245,666.62

Debtor  Covenant Solar Tech, LLC

Name

Case number *(if known)* 23-00998

---

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.4** Creditor's name

Leaf Capital Funding

Describe debtor's property that is subject to a lien

Xerox printers/copiers                    $ 15,000        $ 15,000

Creditor's mailing address

2005 Market Street 14th Floor, Philadelphia, PA 19103

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred   7/25/2022

Last 4 digits of account number ___ ___ ___ ___

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5** Creditor's name

Ally Auto

Describe debtor's property that is subject to a lien

2019 Dodge Ram 1500 *5796              $ 27,309.54      $ 20,013.02

Creditor's mailing address

PO Box 380902, Bloomington, MN 55438-0902

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred   5/22/2020

Last 4 digits of account number 4 8 6 0

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | |
|---|---|
| Debtor _____ Covenant Solar Tech, LLC _____ | Case number (if known) _____ 23-00998 |
| Name | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor    Covenant Solar Tech, LLC

United States Bankruptcy Court for the:    Eastern    District of   N.C.
(State)

Case number    23-00998
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim $ _____    Priority amount $ _____

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____    $ _____

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____    $ _____

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor  Covenant Solar Tech, LLC
        Name                                                      Case number (if known) _____

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 229,594.36 |
|---|---|---|
| ABC Supply Co, Inc. | ☐ Contingent | |
| 2412 Yonkers Road, Raleigh, NC 27604 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | Basis for the claim:  materials | |
| Date or dates debt was incurred  Oct 22 - Mar 23 | Is the claim subject to offset? | |
| Last 4 digits of account number  __ __ __ __ | ☐ No ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,404.50 |
|---|---|---|
| Altamirano's Gutter Installations, LLC | ☐ Contingent | |
| 1101 Sykes Ave | ☐ Unliquidated | |
| Greensboro, NC  27405 | ☐ Disputed | |
| | Basis for the claim:  Subcontractor | |
| Date or dates debt was incurred  March 2023 | Is the claim subject to offset? | |
| Last 4 digits of account number  __ __ __ __ | ☐ No ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 20,421.24 |
|---|---|---|
| City Electric | ☐ Contingent | |
| PO BOX 13507, Greensboro, NC 27415 | ☐ Unliquidated | |
| | ☐ Disputed | |
| | Basis for the claim:  materials | |
| Date or dates debt was incurred  Dec 22- Feb 22 | Is the claim subject to offset? | |
| Last 4 digits of account number  __ __ __ __ | ☐ No ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 7,200.00 |
|---|---|---|
| Culture Index, LLC | ☐ Contingent | |
| 10200 State Line Road | ☐ Unliquidated | |
| Leawood, KS 66206 | ☑ Disputed | |
| | Basis for the claim:  vendor | |
| Date or dates debt was incurred  Nov 22 | Is the claim subject to offset? | |
| Last 4 digits of account number  __ __ __ __ | ☐ No ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 103,210.80 |
|---|---|---|
| Davco roofing & Sheet Metal, inc. | ☐ Contingent | |
| 4408 Northpointe Industrial Blvd, | ☐ Unliquidated | |
| Charlotte, NC 28216 | ☐ Disputed | |
| | Basis for the claim:  Subcontractor | |
| Date or dates debt was incurred  Sep 22 | Is the claim subject to offset? | |
| Last 4 digits of account number  __ __ __ __ | ☐ No ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 4,230.99 |
|---|---|---|
| E&H Electrical Supply | ☐ Contingent | |
| 2900 BLANKENBAKER PARKWAY SUITE 140 | ☐ Unliquidated | |
| LOUISVILLE, KY 40299 | ☐ Disputed | |
| | Basis for the claim:  vendor | |
| Date or dates debt was incurred  Feb - Apr 23 | Is the claim subject to offset? | |
| Last 4 digits of account number  __ __ __ __ | ☐ No ☐ Yes | |

| Debtor | Covenant Solar Tech, LLC | Case number (if known) | 23-00998 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**
Family Harvest Church 409A Trust #U2810132

18500 92nd Avenue,
Tinley Park, IL, 60487

Date or dates debt was incurred       Dec 2020
Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   promissory note

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,778,313.33

---

**3.8** **Nonpriority creditor's name and mailing address**
Full Circle Exterior Solutions, LLC

PO Box 627
Four Oaks, NC  27524

Date or dates debt was incurred       March 2023
Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Subcontractor

Is the claim subject to offset?
☐ No
☐ Yes

$ 10,790.00

---

**3.9** **Nonpriority creditor's name and mailing address**
Krannich Solar East LLC

PO Box 69
Palmyra, NJ 08065

Date or dates debt was incurred       Jan 23
Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   materials

Is the claim subject to offset?
☐ No
☐ Yes

$ 35,048.16

---

**3.10** **Nonpriority creditor's name and mailing address**
Metro Electric Supply

731 MERIWETHER AVE
LOUISVILLE, KY 40217

Date or dates debt was incurred       Jan - Mar 23
Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,648.32

---

**3.11** **Nonpriority creditor's name and mailing address**
Net2Phone

PO BOX 789532
Philadelphia, PA 19178-9532

Date or dates debt was incurred       Sept - Nov 22
Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   vendor

Is the claim subject to offset?
☐ No
☐ Yes

$ 369.92

---

Debtor    Covenant Solar Tech, LLC
          Name

Case number *(if known)*    23-00998

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address
Oilfy

7705 Matherly Drive
Wake Forest, NC 27587

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor

Date or dates debt was incurred    Feb 23
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,290.56

**3.13** Nonpriority creditor's name and mailing address
Quativa

703 Pier Ave Suite B652,
Hermosa Beach, CA  90254

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: vendor - provided solar sales

Date or dates debt was incurred    Sep 22- Nov 22
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 93,760.19

**3.14** Nonpriority creditor's name and mailing address
Rafael Ramirez

3302 Sandy Ridge Rd, Colfax, NC 27235

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Subcontractor

Date or dates debt was incurred    March 2023
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,975.00

**3.15** Nonpriority creditor's name and mailing address
RB Engineering Inc.

168 Quade Drive
Cary, NC 27513

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Engineering services

Date or dates debt was incurred    March 2023
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 13,150.00

**3.16** Nonpriority creditor's name and mailing address
Roofing Pro, Inc.

4916 Bartlett Street, Greensboro, NC 27407

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: promissory note

Date or dates debt was incurred    7/1/2022
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☒ Yes

$ 2,127,523.56

Debtor   Covenant Solar Tech, LLC
      Name

Case number *(if known)*   23-00998

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.17** Nonpriority creditor's name and mailing address
Ruso Installation LLC

2002 Huffine Mills Rd
McLeansville, NC  27301

Date or dates debt was incurred ___Mar 2023___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: ___Subcontractor___

Is the claim subject to offset?
☐ No
☐ Yes

$ 4,300.00

---

**3.18** Nonpriority creditor's name and mailing address
S&J Painting and Remodeling

314 East Shearton Park,
Greensboro, NC 27406

Date or dates debt was incurred ___March 2023___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___Subcontractor___

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,350.00

---

**3.19** Nonpriority creditor's name and mailing address
Simms Solar LLC

450 Bonanza Drive
Eerie, CO 80516

Date or dates debt was incurred ___March 2023___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___Subcontractor___

Is the claim subject to offset?
☐ No
☐ Yes

$ 36,915.00

---

**3.20** Nonpriority creditor's name and mailing address
State Electric Supply

PO BOX 890889
Charlotte, NC 28289-0889

Date or dates debt was incurred ___March 2023___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___Vendor___

Is the claim subject to offset?
☐ No
☐ Yes

$ 968.00

---

**3.21** Nonpriority creditor's name and mailing address
Tops Roofing Inc.

3704 Delancy Street
Greensboro, NC 27405

Date or dates debt was incurred ___March 2023___

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___Subcontractor___

Is the claim subject to offset?
☐ No
☐ Yes

$ 14,237.00

---

Debtor   Covenant Solar Tech, LLC
Name

Case number (if known)_____23-00998_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address
Troposfere, LLC

1401Brook Hollow Drive
Whippany, NJ  07981

Date or dates debt was incurred   March 2022
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   vendor

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,920.00

**3.23** Nonpriority creditor's name and mailing address
VACO LLC

PO Box 667 Brentwood, TN 37024

Date or dates debt was incurred   Sep 22- Mar 23
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor - temp help

Is the claim subject to offset?
☐ No
☐ Yes

$ 171,707.59

**3.24** Nonpriority creditor's name and mailing address
Ward & Smith , P.A.

Post Office Box 867
New Bern, NC 28563-0867

Date or dates debt was incurred   Jun - Nov 22
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor - legal services

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,541.06

**3.25** Nonpriority creditor's name and mailing address
Wendy Hernandez

219 Erwin Street
Greensboro, NC  27406

Date or dates debt was incurred   March 2023
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Subcontractor

Is the claim subject to offset?
☐ No
☐ Yes

$ 14,020.00

**3.26** Nonpriority creditor's name and mailing address
Womack Electric & Supply Co, Inc.

PO BOX 521
DANVILLE, VA 24543-0521

Date or dates debt was incurred   Dec 22- Feb 22
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor materials

Is the claim subject to offset?
☐ No
☐ Yes

$ 99,781.11

Debtor  Covenant Solar Tech, LLC
          Name

Case number (if known) 23-00998

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27**  Nonpriority creditor's name and mailing address

Channel Partners Capital, LLC

11100 Wayzata Blvd, #305,

Minnetonka,MN 55305

Date or dates debt was incurred  2/14/2023

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Business Loan

Is the claim subject to offset?
☐ No
☐ Yes

$ 89,818.63

---

**3.28**  Nonpriority creditor's name and mailing address

Invest Titan

5757 Flewellen Oaks Lane, Suite 601

Fulshear, TX 77441

Date or dates debt was incurred  1/1/2023

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Advisory Services

Is the claim subject to offset?
☐ No
☐ Yes

$ 10,000

---

**3.29**  Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.30**  Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.31**  Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

Debtor   Covenant Solar Tech, LLC
         _____
         Name

Case number *(if known)*   23-00998
                           _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 4,882,489.32 |
| 5c. **Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ 4,882,489.32 |

**Fill in this information to identify the case:**

Debtor name _____Covenant Solar Tech, LLC_____

United States Bankruptcy Court for the: Eastern_____ District of __NC__
(State)

Case number (If known): ____23-00998-5-JNC_____ Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest — Various office leases<br><br>State the term remaining<br>List the contract number of any government contract | See attached |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest — General and umbrella insurance<br><br>State the term remaining — 1 month<br>List the contract number of any government contract | Associated Industries Insurance Company, Inc.<br>Policy Number AES120935701<br>160 Federal Street 3rd Floor, Boston, MA 02109 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest — Workers comp insurance<br><br>State the term remaining — 1 month<br>List the contract number of any government contract | Encova Insurance<br>Policy Number WCP7004274<br>400 Quarrier Street, Charleston, WV 25301 |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest — Package insurance<br><br>State the term remaining — 1 month<br>List the contract number of any government contract | Selective Insurance<br>Policy Number S2483731<br>Branchville, New Jersey 07890 |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest — Various vehicle and equipment leases<br><br>State the term remaining<br>List the contract number of any government contract | See attached |

| Debtor | Covenant Solar Tech, LLC | Case number (if known) | 23-00998-5-JNC |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**
State what the contract or lease is for and the nature of the debtor's interest — Various open contracts with Customers and Subcontractors

State the term remaining

List the contract number of any government contract

State the name and mailing address: See attached

**2.7**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.8**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.9**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.10**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.11**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.12**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Official Form 206G                Schedule G: Executory Contracts and Unexpired Leases                page 2 of 2

| Nature of Contract / Lease | Remaining Term | Contract number (government contract) | Name | Address |
|---|---|---|---|---|
| Office lease for Louisville branch employees | 19 months | N/A | Prodigy Investments, LLC | 11106 Decimal Drive, Lousivlle, KY 40299 |
| Office lease for Raleigh branch employees | 102 months | N/A | JCH Network, LLC and 4318 Medical Park, LLC | 11901 Possum Track Rd, Raleigh, NC 27614-9613 |
| Office lease for Greensboro branch employees | 3 months | N/A | Roofingpro, Inc. | 4916 Bartlett Street, Greensboro, NC 27409 |
| Office lease for Denver branch employees | 10 months | N/A | SecureCenter, LLC | 12445 E 39th Street Unit 202, Denver, CO  80239 |
| Lease for printers | 55 months | N/A | Leaf Commercial Capital, Inc. | 1720 A Crete Street, Moberly, MO 65270 |
| Vehicle Lease RAM 1500 (4860) | 42 months | N/A | Ally | PO Box 380902, Bloomington, MN 55438-0902 |
| Vehicle Lease GMC Sierra (5817) | 62 months | N/A | Ally | PO Box 380902, Bloomington, MN 55438-0902 |
| Open contracts with customers and subcontractors | various | N/A | various | various |

Customer Contracts

| City | Number | Record Type | Status | Date Signed |
|------|--------|-------------|--------|-------------|
| Littleton | #4-23-6061 | Solar | Site Render | 4/4/2023 |
| Louisville | #3-23-6052 | Solar | Site Survey | 4/3/2023 |
| Cary | #9-23-6037 | Solar | Site Survey | 4/3/2023 |
| Crestwood | #3-23-5890 | Solar | Pending Permit | 3/17/2023 |
| Wake Forest | #1-23-5873 | Solar | File Approved | 3/31/2023 |
| Summerfield | #9-23-5854 | Solar | Plans Set | 3/20/2023 |
| Charlotte | #1-23-5840 | Solar | In Review | 3/21/2023 |
| Bahama | #9-23-5820 | Solar | Site Render | 3/17/2023 |
| Greensboro | #9-23-5712 | Solar | HOA Pending | 3/11/2023 |
| Fredericksburg | #5-23-5605 | Solar | In Review | 3/23/2023 |
| Winston-Salem | #1-23-5585 | Solar | Action Required | 3/8/2023 |
| Kernersville | #1-23-5521 | Solar | HOA Pending | 3/6/2023 |
| Denver | #4-23-5518 | Solar | Pending Permit | 3/16/2023 |
| Louisville | #3-23-5490 | Solar | Install in progress | 3/22/2023 |
| Zebulon | #1-23-5455 | Solar | HOA Pending | 2/23/2023 |
| Belews Creek | #1-23-5452 | Solar | Action Required | 3/8/2023 |
| Commerce City | #4-23-5398 | Solar | Plans Set | 3/20/2023 |
| Chapel Hill | #9-23-5291 | Solar | Install in progress | 2/20/2023 |
| Morrisville | #1-23-5277 | Solar | Pending Interconnection | 2/15/2023 |
| Fredericksburg | #1-23-5257 | Solar | Pending Permit | 2/14/2023 |
| Pittsboro | #9-23-5237 | Solar | In Review | 2/3/2023 |
| Pittsboro | #9-23-5236 | Solar | Install Ready | 2/3/2023 |
| Goldsboro | #9-23-5229 | Solar | Scheduled | 1/14/2023 |
| Nicholasville | #3-23-5224 | Solar | PTO | 2/24/2023 |
| Cary | #9-23-5203 | Solar | Scheduled | 1/30/2023 |
| Louisville | #3-23-5176 | Solar | HOA Pending | 3/17/2023 |
| Lexington | #3-23-5156 | Solar | Customer Review | 1/26/2023 |
| Louisville | #3-23-5153 | Solar | Inspection Pending | 2/23/2023 |
| Durham | #9-23-5150 | Solar | Install in progress | 1/31/2023 |
| Cary | #9-23-5126 | Solar | HOA Pending | 1/24/2023 |
| Gill | #4-23-5102 | Solar | Pending Permit | 1/26/2023 |
| Chapel Hill | #9-23-5085 | Solar | Inspection Pending | 1/20/2023 |
| Georgetown | #3-23-5072 | Solar | Customer Review | 2/13/2023 |
| Louisville | #3-23-5001 | Solar | Inspection Pending | 1/27/2023 |
| Chapel Hill | #1-23-4983 | Solar | In Review | 1/16/2023 |
| Mineral | #5-23-4882 | Solar | Install Ready | 1/30/2023 |
| Winston-Salem | #9-23-4869 | Solar | Inspection Pending | 1/4/2023 |
| Raleigh | #9-23-4825 | Solar | Install Ready | 3/6/2023 |
| Angier | #1-22-4815 | Solar | HOA Pending | 1/5/2023 |
| Louisville | #3-22-4806 | Solar | HOA Pending | 12/29/2022 |
| Cary | #9-22-4789 | Solar | Inspection Pending | 12/28/2022 |
| Wake Forest | #1-22-4758 | Solar | Install in progress | 1/15/2023 |
| Paris | #3-22-4752 | Solar | Action Required | 12/27/2022 |
| Chapel Hill | #9-22-4732 | Solar | Order Materials | 12/28/2022 |
| Louisville | #3-22-4712 | Solar | Pending Permit | 3/20/2023 |
| Winston-salem | #1-22-4703 | Solar | Inspection Pending | 12/30/2022 |

| | | | | |
|---|---|---|---|---|
| Thornton | #4-22-4699 | Solar | PTO | 12/22/2022 |
| Durham | #1-22-4692 | Solar | In Review | 1/28/2023 |
| Greeley | #4-22-4688 | Solar | PTO | 12/22/2022 |
| Rolesville | #1-22-4659 | Solar | Inspection Pending | 12/15/2022 |
| Snow Camp | #9-22-4641 | Solar | Plans Set | 3/20/2023 |
| Cary | #9-22-4638 | Solar | Install in progress | 12/15/2022 |
| Brighton | #4-22-4633 | Solar | Pending Permit | 2/22/2023 |
| Superior | #4-22-4629 | Solar | In Review | 3/3/2023 |
| Lexington | #3-22-4626 | Solar | Inspection Pending | 12/29/2022 |
| Thornton | #4-22-4590 | Solar | Install Ready | 12/23/2022 |
| Parker | #4-22-4589 | Solar | Pending Permit | 12/13/2022 |
| Arvada | #4-22-4576 | Solar | Inspection Pending | 12/23/2022 |
| Kernersville | #9-22-4562 | Solar | Scheduled | 1/6/2023 |
| Louisville | #3-22-4560 | Solar | Inspection Pending | 1/4/2023 |
| Georgetown | #3-22-4546 | Solar | Customer Review | 12/2/2022 |
| Louisville | #3-22-4540 | Solar | Customer Review | 12/9/2022 |
| Wendell | #1-22-4509 | Solar | Inspection Pending | 12/15/2022 |
| Louisville | #3-22-4507 | Solar | Customer Review | 12/5/2022 |
| Kernersville | #9-22-4440 | Solar | Order Materials | 1/20/2023 |
| Raleigh | #9-22-4437 | Solar | HOA Pending | 12/12/2022 |
| Sadieville | #3-22-4223 | Solar | Customer Review | 12/21/2022 |
| Louisville | #3-22-4219 | Solar | Customer Review | 11/18/2022 |
| Lexington | #3-22-4211 | Solar | Customer Review | 11/9/2022 |
| Radcliff | #3-22-4177 | Solar | Customer Review | 11/18/2022 |
| Independence | #3-22-4087 | Solar | Customer Review | 10/30/2022 |
| Apex | #9-22-4047 | Solar | Customer Review | 11/12/2022 |
| Vine Grove | #3-22-4003 | Solar | Customer Review | 10/24/2022 |
| Greensboro | #9-22-3915 | Solar | Inspection Pending | 10/29/2022 |
| Louisville | #3-22-3845 | Solar | Inspection Pending | 10/13/2022 |
| Hope Mills | #9-22-3815 | Solar | HOA Pending | 11/4/2022 |
| Raleigh | #1-22-3804 | Solar | Activate System | 10/19/2022 |
| Greensboro | #9-22-3758 | Solar | Inspection Pending | 10/17/2022 |
| Greensboro | #9-22-3752 | Solar | HOA Pending | 2/10/2023 |
| Hardinsburg | #3-22-3742 | Solar | Customer Review | 10/7/2022 |
| Winston-Salem | #9-22-3629 | Solar | Inspection Pending | 10/12/2022 |
| Jacksonville | #6-22-3478 | Solar | Inspection Pending | 8/30/2022 |
| Mebane | #1-22-3458 | Solar | Signed Contract | 11/20/2022 |
| Durham | #1-22-3421 | Solar | Install in progress | 10/2/2022 |
| Elizabethtown | #1-22-3408 | Solar | Customer Review | 9/30/2022 |
| Chapel Hill | #1-22-3266 | Solar | Inspection Pending | 11/11/2022 |
| Arvada | #4-22-3217 | Solar | Scheduled | 9/26/2022 |
| Spotsylvania | #5-22-3174 | Solar | Install Ready | 12/22/2022 |
| Aurora | #4-22-3168 | Solar | Signed Contract | 9/14/2022 |
| Raleigh | #1-22-3163 | Solar | Install Ready | 10/7/2022 |
| New Hill | #1-22-3159 | Solar | Activate System | 10/4/2022 |
| Fredericksburg | #5-22-3119 | Solar | Inspection Pending | 9/15/2022 |
| Greensboro | #1-22-3112 | Solar | Install in progress | 9/30/2022 |
| Jamestown | #9-22-3049 | Solar | Activate System | 9/15/2022 |

| | | | | |
|---|---|---|---|---|
| Eden | #9-22-3044 | Solar | Activate System | 9/16/2022 |
| Providence | #9-22-2993 | Solar | Inspection Pending | 9/8/2022 |
| Centennial | #4-22-2985 | Solar | Action Required | 9/1/2022 |
| Moneta | #1-22-2983 | Solar | Install Ready | 12/14/2022 |
| Charlotte | #1-22-2966 | Solar | Install Ready | 6/29/2022 |
| Wilmington | #6-22-2928 | Solar | Action Required | 8/10/2022 |
| Rocky Mount | #1-22-2862 | Solar | Activate System | 8/31/2022 |
| Wake Forest | #1-22-2831 | Solar | Inspection Pending | 9/26/2022 |
| New Hill | #1-22-2785 | Solar | Activate System | 9/30/2022 |
| Jacksonville | #1-22-2686 | Solar | Inspection Pending | 8/26/2022 |
| Apex | #1-22-2613 | Solar | Activate System | 9/15/2022 |
| Louisville | #3-22-2562 | Solar | Inspection Pending | 8/12/2022 |
| Louisville | #3-22-2383 | Solar | Customer Review | 9/6/2022 |
| Wake Forest | #1-22-2379 | Solar | HOA Pending | 11/9/2022 |
| Elizabethtown | #3-22-2375 | Solar | Customer Review | 7/25/2022 |
| Apex | #1-22-2369 | Solar | Activate System | 8/1/2022 |
| Ekron | #6-22-2329 | Solar | Customer Review | 7/20/2022 |
| Lexington | #9-22-2299 | Solar | Inspection Pending | 8/25/2022 |
| Kernersville | #9-22-2257 | Solar | Inspection Pending | 10/28/2022 |
| Newton | #6-22-2152 | Solar | Action Required | 7/13/2022 |
| Morrisville | #1-22-2123 | Solar | Install in progress | 7/19/2022 |
| Littleton | #4-22-2115 | Solar | Customer Review | 8/2/2022 |
| Morehead | #6-22-2100 | Solar | Customer Review | 7/8/2022 |
| Russell | #6-22-2099 | Solar | Customer Review | 7/11/2022 |
| Rolesville | #1-22-2002 | Solar | Inspection Pending | 8/1/2022 |
| Raeford | #6-22-1942 | Solar | Activate System | 6/21/2022 |
| Leland | #6-22-1855 | Solar | Inspection Pending | 6/18/2022 |
| Leland | #6-22-1854 | Solar | Activate System | 6/18/2022 |
| Raleigh | #1-22-1761 | Solar | Inspection Pending | 12/14/2022 |
| Greensboro | #1-22-1760 | Solar | Inspection Pending | 7/6/2022 |
| Louisville | #3-22-1661 | Solar | Customer Review | 6/28/2022 |
| Wilmington | #6-22-1351 | Solar | Activate System | 5/13/2022 |
| Parker | #4-22-962 | Solar | PTO | 7/22/2022 |
| Raleigh | #1-22-549 | Solar | Activate System | 4/19/2022 |
| Raleigh | #1-22-107 | Solar | Activate System | 2/28/2022 |
| Fredericksburg | #5-22-101 | Solar | Install Ready | 12/23/2022 |

Vendors/Subcontractors

| Company | Street Address | City | State | Zip |
|---|---|---|---|---|
| Full Circle Exterior Solutions, LLC | PO Box 627 | Four Oaks | NC | 27524 |
| Revamped LLC | 334 Hawthorne Dr | Jeffersonville | IN | 47130 |
| Brazen Cad Solutions | 5052 Clairemont Drive #178811 | San Diego | CA | 92177 |
| Wendy Hernandez | 219 Erwin Street | Greensboro | NC | 27406 |
| Tops Roofing Inc | 3704 Delancy Street | Greensboro | NC | 27405 |
| S-GSO-S&J Painting and Remodeling | 314 E Sheraton Park Rd | Greensboro | NC | 27406 |
| Ruso Installation LLC | 2002 Huffine Mills Rd | McLeansville | NC | 27301 |
| S-GSO-Rafael Ramirez | 3302 Sandy Ridge Rd | Colfax | NC | 27235 |
| R&J Fence Builders | 5505 Crabapple Ct | Greensboro | NC | 27405 |
| Noyola Roofing Services, Inc. | 201 Autumn View Dr Lot 188 | Winston-Salem | NC | 28103 |
| NC Quality Roofing and Siding LLc | 3025 Banks Rd | Raleigh | NC | 27603 |
| Alejandro Cortez | 1705 Northbay Drive | Browns Summit | NC | 27214 |
| S- GSO-Altamirano's Gutter Installations, LLC | 1101 Sykes Ave | Greensboro | NC | 27405 |
| RB Engineering, INC | 168 Quade Dr | Cary | NC | 27513 |
| Illumine Industries Inc | PO Box- 201029 11900 Jollyville road | Austin | TX | 78759 |
| Rice Electrical Inspections | 1401 Fogg Pike | Mt. Sterling | KY | 40353 |

**Fill in this information to identify the case:**

Debtor name __Covenant Solar Tech, LLC__

United States Bankruptcy Court for the: __Eastern__ District of __N.C.__
(State)

Case number (If known): __23-00998__

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.1 Julian Hall II<br>1023 S Miami Blvd<br>Street<br>Durham    NC    27703<br>City    State    ZIP Code | | ABC Supply Co, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 Covenant Roofing & Construction, Inc<br>1023 S Miami Blvd<br>Street<br>Durham    NC    27703<br>City    State    ZIP Code | | ABC Supply Co, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 Covenant Roofing & Construction, Inc<br>1023 S Miami Blvd<br>Street<br>Durham    NC    27703<br>City    State    ZIP Code | | CED Greentech | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Covenant Roofing & Construction, Inc<br>1023 S Miami Blvd<br>Street<br>Durham    NC    27703<br>City    State    ZIP Code | | JCH Network and<br>4318 Medical Park | ☐ D<br>☐ E/F<br>☑ G |
| 2.5<br>Street<br>City    State    ZIP Code | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6<br>Street<br>City    State    ZIP Code | | | ☐ D<br>☐ E/F<br>☐ G |