**Fill in this information to identify the case:**

Debtor name: Covenant Solar Tech, LLC

United States Bankruptcy Court for the: Eastern District of N.C.
(State)

Case number (If known): 23-00998

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to | Filing date | ☑ Operating a business<br>☐ Other _____ | $2,148,571.90 |
   | **For prior year:** | From 01/01/2022 to | 12/31/2022 | ☑ Operating a business<br>☐ Other _____ | $11,970,065.84 |
   | **For the year before that:** | From 01/01/2021 to | 12/31/2021 | ☑ Operating a business<br>☐ Other _____ | $6,392,260.84 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ to | Filing date | _____ | $_____ |
   | **For prior year:** | From _____ to | _____ | _____ | $_____ |
   | **For the year before that:** | From _____ to | _____ | _____ | $_____ |

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page 1

Debtor    **Covenant Solar Tech, LLC**      Case number *(if known)* 23-00998-5-JNC
       Name

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See attachment for list<br>Creditor's name<br><br>Street<br><br>City    State    ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |
| 3.2. | _____<br>Creditor's name<br><br>Street<br><br>City    State    ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Julian Hall II<br>Insider's name<br>1023 S. Miami Blvd.<br>Street<br><br>Durham    NC    27703<br>City    State    ZIP Code<br><br>**Relationship to debtor**<br>Owner/CEO | Biweekly<br><br>_____<br><br>_____ | $ 31,015.48 | Salary<br><br>_____<br><br>_____ |
| 4.2. | _____<br>Insider's name<br><br>Street<br><br>City    State    ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **2**

Debtor  **Covenant Solar Tech, LLC**　　　　　　　　　　　　　　　　　　　　　Case number (*if known*) 23-00998-5-JNC
　　　　　Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Creditor's name / Street / City State ZIP Code | | | $ |
| 5.2. Creditor's name / Street / City State ZIP Code | | | $ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name / Street / City State ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | $ |

### Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | NC DOR sales tax audit  **Case number** | Sales and payroll tax action | NC DOR (Name) / Street / City State ZIP Code | ☐ Pending  ☐ On appeal  ☒ Concluded |
| 7.2. | Samson MCA LLC v. Covenant Roofing and Construction, inc., et al.  **Case number** 202304140134 | Contract action (filed after Petition Date) | Supreme Court Ontario County, New York (Name) / 27 N. Main St. (Street) / Canadaigua　NY　14424 | ☒ Pending  ☐ On appeal  ☐ Concluded |

Official Form 207　　　Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy　　　page **3**

Debtor  Covenant Solar Tech, LLC
       Name

Case number (*if known*) 23-00998-5-JNC

### Part 4: Certain Gifts and Charitable Contributions

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $ |
| Street | Case title | Court name and address |
| City  State  ZIP Code | Case number | Name |
| | | Street |
| | Date of order or assignment | City  State  ZIP Code |

### Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $ |
| Street | | | |
| City  State  ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $ |
| Street | | | |
| City  State  ZIP Code | | | |
| Recipient's relationship to debtor | | | |

### Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | $ |

Official Form 207   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   page 4

Debtor __Covenant Solar Tech, LLC_____   Case number (*if known*)__23-00998-5-JNC_____
      Name

| Part 6: | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Michael Best & Friedrich LLP | N/A - money transferred | 3/9/23; 4/7/23 | $ 26,369 |
| | **Address** | | | |
| | 790 N Water St Ste 2500 | | | |
| | Street | | | |
| | Milwaukee       WI       53202 | | | |
| | City       State       ZIP Code | | | |
| | **Email or website address** | | | |
| | MichaelBest.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | N/A - debtor made payment | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City       State       ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **5**

Debtor  Covenant Solar Tech, LLC  
Name

Case number (*if known*) 23-00998-5-JNC

### Part 7: Previous Locations

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1. _____  _____  _____  $_____

Address  
Street _____  
City _____ State ____ ZIP Code ____

Relationship to debtor  
_____

13.2. Who received transfer? _____  _____  _____  $_____

Address  
Street _____  
City _____ State ____ ZIP Code ____

Relationship to debtor  
_____

### Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. 3200 Gresham Lake Rd Ste #113  
Street  
Raleigh    NC    27615  
City      State  ZIP Code

From _____ To _____

14.2. 4509 Creedmoor Rd Ste #201  
Street  
Raleigh    NC    27612  
City      State  ZIP Code

From _____ To _____

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **6**

| Debtor | Covenant Solar Tech, LLC | Case number (if known) | 23-00998-5-JNC |
|---|---|---|---|
| | Name | | |

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City   State   ZIP Code | _____ | Check all that apply:<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City   State   ZIP Code | _____ | Check all that apply:<br>☐ Electronically<br>☐ Paper |

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.  Names, addresses, emails

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
Yes. Does the debtor serve as plan administrator?
　☐ No. Go to Part 10.
　☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Covenant Future Plan | EIN: 4 6 – 4 2 5 9 5 4 3 – 1 |

Has the plan been terminated?
☒ No
☐ Yes

Debtor  **Covenant Solar Tech, LLC**                         Case number (*if known*) 23-00998-5-JNC
        Name

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ Name<br>_____ Street<br>_____ City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____ Name<br>_____ Street<br>_____ City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____ City   State   ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| SecurCare<br>Name<br>2015 Sherron Rd<br>Street<br>Durham   NC   27703<br>City   State   ZIP Code | Julian Hall II<br>_____<br>_____<br>**Address**<br>_____<br>_____ | Furniture and files<br>_____<br>_____ | ☐ No<br>☒ Yes |

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **8**

Debtor  Covenant Solar Tech, LLC                                  Case number *(if known)* 23-00998-5-JNC
       Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ Name _____ Street _____ _____ City    State    ZIP Code | _____ _____ _____ | _____ _____ _____ | $_____ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ **Case number** _____ | _____ Name _____ Street _____ _____ City    State    ZIP Code | _____ _____ _____ | ☐ Pending ☐ On appeal ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name _____ Street _____ _____ City    State    ZIP Code | _____ Name _____ Street _____ _____ City    State    ZIP Code | _____ _____ _____ | _____ |

Debtor  Covenant Solar Tech, LLC  
     Name

Case number *(if known)* 23-00998-5-JNC

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
    - ☒ No
    - ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|
    | Name / Street / City State ZIP Code | Name / Street / City State ZIP Code | | |

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☒ None

    | | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
    |---|---|---|---|
    | 25.1. | Name / Street / City State ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____ To _____ |
    | 25.2. | Name / Street / City State ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____ To _____ |
    | 25.3. | Name / Street / City State ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____ To _____ |

Official Form 207   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**   page 10

Debtor  Covenant Solar Tech, LLC                              Case number (*if known*) 23-00998-5-JNC
        Name

### 26. Books, records, and financial statements

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address   SEE ATTACHMENT FOR MORE | Dates of service |
|---|---|
| **26a.1.** Allison Kelly (Name)<br>33 Peachtree Ln (Street)<br>Roslyn Heights (City)  NY (State)  11577 (ZIP Code) | From 6/1/2021  To 1/3/2022 |
| **26a.2.** Melony Reed (Name)<br>7601 Triangle Promenade Drive Unit 404 (Street)<br>Raleigh (City)  NC (State)  27516 (ZIP Code) | From 5/4/2022  To 10/14/2022 |

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** Accounting Management Solutions, LLC (Name)<br>PO Box 8301 (Street)<br>Greensboro (City)  NC (State)  27419 (ZIP Code) | From 2015  To 2023 |
| **26b.2.** VACO LLC - (Courtney Merton) (Name)<br>PO Box 667 (Street)<br>Brentwood (City)  TN (State)  37024 (ZIP Code) | From 9/2022  To 1/2023 |

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address   SEE ATTACHMENT FOR MORE | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** Accounting Management Solutions, LLC (Name)<br>PO Box 8301 (Street)<br>Greensboro (City)  NC (State)  27419 (ZIP Code) | _____<br>_____<br>_____ |

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page 11

Debtor   Covenant Solar Tech, LLC                              Case number (*if known*) 23-00998-5-JNC
         Name

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Josh Menold<br>Name<br>101 HIdden Stream Dr<br>Street<br><br>Apex                          NC          27539<br>City                         State       ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

|  | Name and address  See attachment for list |
|---|---|
| 26d.1. | Name<br>Street<br><br>City                         State       ZIP Code |
| 26d.2. | **Name and address**<br>Name<br>Street<br><br>City                         State       ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

|  | **Name and address of the person who has possession of inventory records** |
|---|---|
| 27.1. | Name<br>Street<br><br>City                         State       ZIP Code |

Official Form 207                  **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                  page **12**

Debtor **Covenant Solar Tech, LLC**   Case number (if known) 23-00998-5-JNC
　　　　Name

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | _____ | _____ | $ _____ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.2. | _____ |
| | Name |
| | _____ |
| | Street |
| | _____ |
| | City　　　　　　　　　　　State　　ZIP Code |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Julian Hall | _____ | Owner / CEO | 100% |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
    ☒ No
    ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
    ☐ No
    ☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Julian Hall II | $ 31,015.48 | Biweekly | Salary |
| | Name | | | |
| | 1023 S. Miami Blvd. | | | |
| | Street | | _____ | _____ |
| | Durham　　　　NC　　27703 | | _____ | _____ |
| | City　　　　　State　ZIP Code | | | |
| | **Relationship to debtor** | | _____ | _____ |
| | _____ | | | |

Official Form 207　　　Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy　　　page 13

Debtor **Covenant Solar Tech, LLC**
Name

Case number (*if known*) 23-00998-5-JNC

**Name and address of recipient**

30.2
Name

Street

City   State   ZIP Code

**Relationship to debtor**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/02/2023
             MM / DD / YYYY

✗ /s/ Julian Hall II                  Printed name  Julian Hall II
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Owner/CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page 14

**Form 207, Part 2, Line 3**

| Creditor Name | Address | Dates | Amount | Reason For Payment |
|---|---|---|---|---|
| C - Alejo Repairs, LLC | 4449 Burlington RD Lot 32, Greensboro, NC 27405 | 01/11/2023 | $ 2,600.00 | Suppliers or vendors |
| S-GSO-Tops Roofing Inc | 3704 Delancy Street, Greensboro, NC 27405 | 01/12/2023 | $ 2,150.00 | Suppliers or vendors |
| Gulf Coast Supplpy & Manufacturing, LLC | 14429 SW 2nd PL Suite G 30, Newberry, FL 32669 | 01/13/2023 | $ 26,535.40 | Suppliers or vendors |
| Capital One | P.O. Box 71087, Charlotte, NC 28272-1087 | 01/13/2023 | $ 10,000.00 | CC payment |
| Capital One | P.O. Box 71087, Charlotte, NC 28272-1087 | 01/16/2023 | $ 10,000.00 | CC payment |
| 3-22-4087 Lana Schaef | 1876 Forest Run Drive, Independence, KY 41051 | 01/17/2023 | $ 11,989.81 | customer refund |
| Secure Center, LLC | 12445 E 39th Street Unit 202, Denver, CO 80239 | 01/17/2023 | $ 810.65 | rent |
| Capital One | P.O. Box 71087, Charlotte, NC 28272-1087 | 01/19/2023 | $ 15,000.00 | CC payment |
| CED, INC./E&H ELECTRIC SUPPLY | 2900 BLANKENBAKER PARKWAY SUITE 140, LOUISVILLE, KY 40299 | 01/19/2023 | $ 3,714.28 | Suppliers or vendors |
| S-Ral-Deep River Renewables | 362 Hanner Town Rd, Bear Creek, NC 27207-5252 | 01/19/2023 | $ 9,631.80 | Suppliers or vendors |
| S-GSO-Wendy Hernandez | 219 Erwin Street, Greensboro, NC 27406 | 01/19/2023 | $ 3,135.00 | Suppliers or vendors |
| Quativa | 703 Pier Ave Suite B652, Hermosa Beach, CA 90254 | 01/19/2023 | $ 25,547.90 | Suppliers or vendors |
| Capital One | P.O. Box 71087, Charlotte, NC 28272-1087 | 01/20/2023 | $ 10,000.00 | CC payment |
| State Electric Supply | PO BOX 890889, Charlotte, NC 28289-0889 | 01/20/2023 | $ 3,065.83 | Suppliers or vendors |
| RB Engineering, INC | 168 Quade Drive, Cary, NC 27513 | 01/20/2023 | $ 5,100.00 | Suppliers or vendors |
| Ally Auto | | 01/23/2023 | $ 1,173.08 | Secured debt |
| Illumine Industries Inc | PO Box- 201029 11900 Jollyville road, Austin, TX 78759 | 01/23/2023 | $ 909.00 | Suppliers or vendors |
| S-LOU-Brazen Cad Solutions | 5052 Clairemont Drive #178811, San Diego, CA 92177 | 01/23/2023 | $ 1,390.00 | Suppliers or vendors |
| S-GSO-Ruso Installation LLC | 2002 Huffine Mills Rd, McLeansville NC 27301 | 01/23/2023 | $ 1,407.00 | Suppliers or vendors |
| S-GSO-Ruso Installation LLC | 2002 Huffine Mills Rd, McLeansville NC 27301 | 01/23/2023 | $ 1,407.00 | Suppliers or vendors |
| S-GSO-Wendy Hernandez | 219 Erwin Street, Greensboro, NC 27406 | 01/23/2023 | $ 4,855.00 | Suppliers or vendors |
| SBFS, LLC | | 01/23/2023 | $ 2,461.54 | Secured debt |
| CED Greentech | PO Box 936557, Atlanta, GA 31193 6557 | 01/26/2023 | $ 25,000.00 | Secured debt |
| S-GSO-CC Sosa Contracting LLC | 619 Nixon Drive, Sanford, NC 27330 | 01/26/2023 | $ 3,500.00 | Suppliers or vendors |
| S-Ral-Deep River Renewables | 362 Hanner Town Rd, Bear Creek, NC 27207-5252 | 01/26/2023 | $ 6,032.00 | Suppliers or vendors |
| Sanchez Construction, Inc. | 312 West Montcastle Dr, Greensboro, NC 27406 | 01/27/2023 | $ 7,225.00 | Suppliers or vendors |
| RB Engineering, INC | 168 Quade Drive, Cary, NC 27513 | 01/27/2023 | $ 6,600.00 | Suppliers or vendors |
| Ally Auto | | 01/27/2023 | $ 3,540.88 | Secured debt |
| Quativa | 703 Pier Ave Suite B652, Hermosa Beach, CA 90254 | 01/27/2023 | $ 7,373.04 | Suppliers or vendors |
| C - Alejo Repairs, LLC | 4449 Burlington RD Lot 32, Greensboro, NC 27405 | 01/27/2023 | $ 2,630.00 | Suppliers or vendors |
| S-LOU-Sparta Construction LLC | 7229 Jan Place Street Box#14, Louisville, KY 40258 | 01/30/2023 | $ 5,760.00 | Suppliers or vendors |
| Family Harvest Church | 18500 92nd Avenue, Tinley Park, IL, 60487 | 02/01/2023 | $ 10,313.33 | Unsecured loan repayments |

| Name | Address | Date | Amount | Reason |
|---|---|---|---|---|
| Secure Center, LLC | 12445 E 39th Street Unit 202, Denver, CO 80239 | 02/01/2023 | $ 2,113.01 | rent |
| S-GSO-Wendy Hernandez | 219 Erwin Street, Greensboro, NC 27406 | 02/02/2023 | $ 4,400.00 | Suppliers or vendors |
| S-GSO-Tops Roofing Inc | 3704 Delancy Street, Greensboro, NC 27405 | 02/02/2023 | $ 1,200.00 | Suppliers or vendors |
| #1-22-2707 Michelle Stevens | 725 Magalloway Drive, Cary, NC 27519 | 02/07/2023 | $ 12,480.00 | customer refund (cancellation) |
| Oilfy Mobile Oil Change | 7705 Matherly Drive, Wake Forest, NC 27587 | 02/07/2023 | $ 499.13 | Services |
| S-Ral-Deep River Renewables | 362 Hanner Town Rd, Bear Creek, NC 27207-5252 | 02/07/2023 | $ 19,977.60 | Suppliers or vendors |
| S-GSO-Wendy Hernandez | 219 Erwin Street, Greensboro, NC 27406 | 02/07/2023 | $ 1,500.00 | Suppliers or vendors |
| S-GSO-Ruso Installation LLC | 2002 Huffine Mills Rd, McLeansville NC 27301 | 02/07/2023 | $ 184.50 | Suppliers or vendors |
| Capital One | P.O. Box 71087, Charlotte, NC 28272-1087 | 02/08/2023 | $ 75,000.00 | CC payment |
| CED Greentech | PO Box 936557, Atlanta, GA 31193 6557 | 02/09/2023 | $ 25,000.00 | Secured debt |
| C - Alejo Repairs, LLC | 4449 Burlington RD Lot 32, Greensboro, NC 27405 | 02/09/2023 | $ 2,600.00 | Suppliers or vendors |
| Capital One | P.O. Box 71087, Charlotte, NC 28272-1087 | 02/10/2023 | $ 15,000.00 | CC payment |
| Aurora Solar | P.O. Box 102896, Pasadena, CA 91189 | 02/10/2023 | $ 18,856.23 | Suppliers or vendors |
| Quativa | 703 Pier Ave Suite B652, Hermosa Beach, CA 90254 | 02/10/2023 | $ 7,500.00 | Suppliers or vendors |
| S-GSO-Tops Roofing Inc | 3704 Delancy Street, Greensboro, NC 27405 | 02/14/2023 | $ 1,150.00 | Suppliers or vendors |
| S-GSO-Tops Roofing Inc | 3704 Delancy Street, Greensboro, NC 27405 | 02/14/2023 | $ 6,246.00 | Suppliers or vendors |
| Soriano Repairs LLC | 174 Pine Needles Dr, Lillington, NC 27546 | 02/14/2023 | $ 630.00 | Suppliers or vendors |
| S-GSO-Wendy Hernandez | 219 Erwin Street, Greensboro, NC 27406 | 02/14/2023 | $ 7,331.00 | Suppliers or vendors |
| S-GSO-Ruso Installation LLC | 2002 Huffine Mills Rd, McLeansville NC 27301 | 02/14/2023 | $ 2,138.50 | Suppliers or vendors |
| RB Engineering, INC | 168 Quade Drive, Cary, NC 27513 | 02/14/2023 | $ 5,250.00 | Suppliers or vendors |
| Illumine Industries Inc | PO Box- 201029 11900 Jollyville road, Austin, TX 78759 | 02/14/2023 | $ 1,110.00 | Suppliers or vendors |
| Davco Roofing and Sheet Metal, Inc. | PO Box 2908, Huntersville, NC 28078 | 02/15/2023 | $ 65,000.00 | Unsecured loan repayments |
| Capital One | P.O. Box 71087, Charlotte, NC 28272-1087 | 02/15/2023 | $ 15,000.00 | CC payment |
| Capital One | P.O. Box 71087, Charlotte, NC 28272-1087 | 02/16/2023 | $ 15,000.00 | CC payment |
| CED/METRO | 731 MERIWETHER AVE, LOUISVILLE, KY 40217 | 02/17/2023 | $ 3,297.55 | Suppliers or vendors |
| CED, INC./E&H ELECTRIC SUPPLY | 2900 BLANKENBAKER PARKWAY SUITE 140, LOUISVILLE, KY 40299 | 02/17/2023 | $ 1,726.04 | Suppliers or vendors |
| Womack Electric & Supply Co., Inc. | PO BOX 521, DANVILLE, VA 24543-0521 | 02/17/2023 | $ 5,528.65 | Suppliers or vendors |
| Quativa | 703 Pier Ave Suite B652, Hermosa Beach, CA 90254 | 02/17/2023 | $ 11,627.17 | Suppliers or vendors |
| S- GSO-Altamirano's Gutter Installations, LLC | 1101 Sykes Ave, Greensboro, NC 27405 | 02/17/2023 | $ 1,222.00 | Suppliers or vendors |
| S- GSO-Altamirano's Gutter Installations, LLC | 1101 Sykes Ave, Greensboro, NC 27405 | 02/20/2023 | $ 1,070.00 | Suppliers or vendors |
| S-LOU-Nolin | 411 Ring Road, Elizabethtown, Kentucky 42701 | 02/20/2023 | $ 110.00 | Suppliers or vendors |
| Troposfere, LLC | 1401Brook Hollow Drive, Whippany, NJ 07981 | 02/20/2023 | $ 3,000.00 | Services |

| Name | Address | Date | Amount | Type |
|---|---|---|---|---|
| S-Den-Simms Solar LLC | 450 Bonanza Drive, Eerie, CO 80516 | 02/20/2023 | $ - | Suppliers or vendors |
| S-GSO-Tops Roofing Inc | 3704 Delancy Street, Greensboro, NC 27405 | 02/20/2023 | $ 6,396.00 | Suppliers or vendors |
| S-Ral-Deep River Renewables | 362 Hanner Town Rd, Bear Creek, NC 27207-5252 | 02/20/2023 | $ 6,016.00 | Suppliers or vendors |
| S-LOU-Nolin | 411 Ring Road, Elizabethtown, Kentucky 42701 | 02/20/2023 | $ - | Suppliers or vendors |
| S-GSO-Wendy Hernandez | 219 Erwin Street, Greensboro, NC 27406 | 02/20/2023 | $ 405.00 | Suppliers or vendors |
| S- GSO-Altamirano's Gutter Installations, LLC | 1101 Sykes Ave, Greensboro, NC 27405 | 02/20/2023 | $ - | Suppliers or vendors |
| S-GSO-Noyola Roofing Services, Inc. | 201 Autumn View Dr Lot 188, Winston-Salem, NC 28103 | 02/20/2023 | $ 10,450.00 | Suppliers or vendors |
| Ally Auto | | 02/22/2023 | $ 1,173.08 | Secured debt |
| CED Greentech | PO Box 936557, Atlanta, GA 31193 6557 | 02/23/2023 | $ 25,000.00 | Secured debt |
| C - Alejo Repairs, LLC | 4449 Burlington RD Lot 32, Greensboro, NC 27405 | 02/23/2023 | $ 2,600.00 | Suppliers or vendors |
| Quativa | 703 Pier Ave Suite B652, Hermosa Beach, CA 90254 | 02/24/2023 | $ 7,500.00 | Suppliers or vendors |
| Capital One | P.O. Box 71087, Charlotte, NC 28272-1087 | 02/28/2023 | $ 60,000.00 | CC payment |
| City Electric Supply Co | PO BOX 13507, Greensboro, NC 27415 | 02/28/2023 | $ 7,469.96 | Suppliers or vendors |
| Mount Roraima Construction LLC | 10033 Ligon Mill Rd, Wake Forest, NC 27587 | 02/28/2023 | $ 3,005.00 | Suppliers or vendors |
| S-GSO-Tops Roofing Inc | 3704 Delancy Street, Greensboro, NC 27405 | 02/28/2023 | $ 7,367.00 | Suppliers or vendors |
| S-GSO-Noyola Roofing Services, Inc. | 201 Autumn View Dr Lot 188, Winston-Salem, NC 28103 | 02/28/2023 | $ 2,300.00 | Suppliers or vendors |
| S-GSO-Alejandro Cortez | 1705 Northbay Drive, Browns Summit, NC 27214 | 02/28/2023 | $ 550.00 | Suppliers or vendors |
| S- GSO-Altamirano's Gutter Installations, LLC | 1101 Sykes Ave, Greensboro, NC 27405 | 02/28/2023 | $ 3,878.00 | Suppliers or vendors |
| RB Engineering, INC | 168 Quade Drive, Cary, NC 27513 | 02/28/2023 | $ 5,900.00 | Suppliers or vendors |
| Family Harvest Church | 18500 92nd Avenute, Tinley Park, IL, 60487 | 02/28/2023 | $ 10,313.33 | Unsecured loan repayments |
| S-LOU-Brazen Cad Solutions | 5052 Clairemont Drive #178811, San Diego, CA 92177 | 02/28/2023 | $ 815.00 | Suppliers or vendors |
| Roofing Pro, Inc. | 4916 Bartlett Street, Greensboro, NC 27407 | 03/01/2023 | $ 25,000.00 | Unsecured loan repayments |
| S-GSO-Wendy Hernandez | 219 Erwin Street, Greensboro, NC 27406 | 03/01/2023 | $ 2,335.00 | Suppliers or vendors |
| Channel Partners | | 03/02/2023 | $ 9,000.00 | Secured debt |
| Quativa | 703 Pier Ave Suite B652, Hermosa Beach, CA 90254 | 03/03/2023 | $ 7,500.00 | Suppliers or vendors |
| Womack Electric & Supply Co., Inc. | PO BOX 521, DANVILLE, VA 24543-0521 | 03/03/2023 | $ 5,483.86 | Suppliers or vendors |
| Secure Center, LLC | 12445 E 39th Street Unit 202, Denver, CO 80239 | 03/07/2023 | $ 2,499.64 | Rent |
| S-Ral-Deep River Renewables | 362 Hanner Town Rd, Bear Creek, NC 27207-5252 | 03/08/2023 | $ 6,338.70 | Suppliers or vendors |
| S-GSO-Noyola Roofing Services, Inc. | 201 Autumn View Dr Lot 188, Winston-Salem, NC 28103 | 03/08/2023 | $ 5,000.00 | Suppliers or vendors |
| S-GSO-NC Quality Roofing and Siding LLC | 3025 Banks Rd, Raleigh, NC 27603 | 03/08/2023 | $ 125.00 | Suppliers or vendors |
| S-GSO-Alejandro Cortez | 1705 Northbay Drive, Browns Summit, NC 27214 | 03/08/2023 | $ 1,950.00 | Suppliers or vendors |
| Capital One | P.O. Box 71087, Charlotte, NC 28272-1087 | 03/08/2023 | $ 5,000.00 | CC payment |
| S-LOU-Brazen Cad Solutions | 5052 Clairemont Drive #178811, San Diego, CA 92177 | 03/08/2023 | $ 875.00 | Suppliers or vendors |
| Capital One | P.O. Box 71087, Charlotte, NC 28272-1087 | 03/09/2023 | $ 5,000.00 | CC payment |

| | | | | |
|---|---|---|---|---|
| CED Greentech | PO Box 936557, Atlanta, GA 31193 6557 | 03/09/2023 | $ 25,000.00 | Secured debt |
| Capital One | P.O. Box 71087, Charlotte, NC 28272-1087 | 03/13/2023 | $ 5,000.00 | CC payment |
| Ally Auto | | 03/16/2023 | $ 816.07 | Secured debt |
| Capital One | P.O. Box 71087, Charlotte, NC 28272-1087 | 03/16/2023 | $ 15,000.00 | CC payment |
| S- GSO-Altamirano's Gutter Installations, LLC | 1101 Sykes Ave, Greensboro, NC 27405 | 03/16/2023 | $ 160.00 | Suppliers or vendors |
| S-GSO-R&J Fence Builders | 5505 Crabapple Ct, Greensboro, NC 27405 | 03/16/2023 | $ 1,600.00 | Suppliers or vendors |
| S-GSO-Alejandro Cortez | 1705 NorthBay Dr., Brown Summit, NC 24214 | 03/16/2023 | $ 1,700.00 | Suppliers or vendors |
| S-GSO-Wendy Hernandez | 219 Erwin Street, Greensboro, NC 27406 | 03/16/2023 | $ 2,250.00 | Suppliers or vendors |
| S-GSO-Ruso Installation LLC | 2002 Huffine Mills Rd, McLeansville NC 27301 | 03/16/2023 | $ 8,155.00 | Suppliers or vendors |
| Capital One | P.O. Box 71087, Charlotte, NC 28272-1087 | 03/20/2023 | $ 10,000.00 | CC payment |
| Capital One | P.O. Box 71087, Charlotte, NC 28272-1087 | 03/20/2023 | $ 15,000.00 | CC payment |
| Ally Auto | | 03/21/2023 | $ 1,173.08 | Secured debt |
| Capital One | P.O. Box 71087, Charlotte, NC 28272-1087 | 03/21/2023 | $ 20,000.00 | CC payment |
| S-GSO-Wendy Hernandez | 219 Erwin Street, Greensboro, NC 27406 | 03/21/2023 | $ 3,872.50 | Suppliers or vendors |
| Capital One | P.O. Box 71087, Charlotte, NC 28272-1087 | 03/22/2023 | $ 80,000.00 | CC payment |
| CED Greentech | PO Box 936557, Atlanta, GA 31193 6557 | 03/23/2023 | $ 25,000.00 | Secured debt |
| Capital One | P.O. Box 71087, Charlotte, NC 28272-1087 | 03/23/2023 | $ 10,000.00 | CC payment |
| S-GSO-Noyola Roofing Services, Inc. | 201 Autumn View Dr Lot 188, Winston-Salem, NC 28103 | 03/24/2023 | $ 3,595.00 | Suppliers or vendors |
| S-GSO-Wendy Hernandez | 219 Erwin Street, Greensboro, NC 27406 | 03/24/2023 | $ 1,260.00 | Suppliers or vendors |
| S-GSO-Tops Roofing Inc | 3704 Delancy Street, Greensboro, NC 27405 | 03/24/2023 | $ 10,325.00 | Suppliers or vendors |
| S-GSO-Ruso Installation LLC | 2002 Huffine Mills Rd, McLeansville NC 27301 | 03/24/2023 | $ 5,246.00 | Suppliers or vendors |
| S-Ral-Deep River Renewables | 362 Hanner Town Rd, Bear Creek, NC 27207-5252 | 03/24/2023 | $ 14,760.00 | Suppliers or vendors |
| S-GSO-NC Quality Roofing and Siding LLC | 3025 Banks Rd, Raleigh, NC 27603 | 03/24/2023 | $ 1,365.00 | Suppliers or vendors |
| S-GSO-Ruso Installation LLC | 2002 Huffine Mills Rd, McLeansville NC 27301 | 03/30/2023 | $ 3,024.00 | Suppliers or vendors |
| S-LOU-Brazen Cad Solutions | 5052 Clairemont Drive #178811, San Diego, CA 92177 | 03/31/2023 | $ 85.00 | Suppliers or vendors |
| S-GSO-Wendy Hernandez | 219 Erwin Street, Greensboro, NC 27406 | 03/31/2023 | $ 5,529.00 | Suppliers or vendors |
| S-GSO-Tops Roofing Inc | 3704 Delancy Street, Greensboro, NC 27405 | 03/31/2023 | $ 3,792.00 | Suppliers or vendors |
| Channel Partners | | 04/04/2023 | $ 9,000.00 | Secured debt |
| Secure Center, LLC | 12445 E 39th Street Unit 202, Denver, CO 80239 | 04/06/2023 | $ 2,014.34 | rent |
| Roofing Pro, Inc. | 4916 Bartlett Street, Greensboro, NC 27407 | 04/07/2023 | $ 25,000.00 | Unsecured loan repayments |
| CED Greentech | PO Box 936557, Atlanta, GA 31193 6557 | 04/07/2023 | $ 25,000.00 | Secured debt |
| Soligent Distribution, LLC | 1400 N McDowell Blvd, Petalum, CA 94954 | 04/11/2023 | $ 24,275.52 | Suppliers or vendors |
| Covenant Roofing and Constuction, Inc. | 1023 S Miami Blvd, Durham, NC 27713 | 04/11/2023 | $ 24,823.61 | intercompany transfer |
| Covenant Roofing and Constuction, Inc. | 1023 S Miami Blvd, Durham, NC 27713 | 04/06/2023 | $ 90,000.00 | intercompany transfer |

| Covenant Roofing and Constuction, Inc. | 1023 S Miami Blvd, Durham, NC 27713 | 02/13/2023 | $ 10,000.00 | intercompany transfer |
|---|---|---|---|---|
| Covenant Roofing and Constuction, Inc. | 1023 S Miami Blvd, Durham, NC 27713 | 04/11/2023 | $ 2,000.00 | intercompany transfer |
| Covenant Roofing and Constuction, Inc. | 1023 S Miami Blvd, Durham, NC 27713 | 04/04/2023 | $ 26,500.00 | intercompany transfer |
| Covenant Roofing and Constuction, Inc. | 1023 S Miami Blvd, Durham, NC 27713 | 02/07/2023 | $ 200,000.00 | intercompany transfer |

**Form 207, Part 13, Line 26**

**26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case**

| Name | Address | Dates of service |
|---|---|---|
| Laura Brown | 3025 Olde Weatherstone Way, Cary, NC 27513 | |
| Josh Menold | 101 Hidden Stream Dr, Apex, NC 27539 | 8/2022 - present |
| Ryan Bostian | 3302 Woodsford Cir, Holly Springs, NC 27504 | 11/2022 - present |
| John Pace | 913 Deerfield Rd, Raleigh, NC 27609 | 11/2022 - present |

**26c. List all firms or individuals who were in possession of the debtor's books of account and**

| Name | Address |
|---|---|
| Ryan Bostian | 3302 Woodsford Cir, Holly Springs, NC 27504 |
| John Pace | 913 Deerfield Rd, Raleigh, NC 27609 |

**26d. List all financial institutions, creditors, and other parties, including mercantiel trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case**

| Name | Address |
|---|---|
| First Horizon | P.O. Box 31, Memphis, TN 38101-0031 |
| Truist | |
| First Bank | P.O. Box 70222, Philadelphia, PA 19176-0222 |
| Capital One | P.O. Box 71087, Charlotte, NC 28272-1087 |
| American Express | P.O. Box 6031, Carol Stream, IL 60197-6031 |
| Mosaic | 601 12th Street, Suite 325, Oakland, CA 94607 |
| Goodleap | 8781 Sierra College Blvd, Roseville, CA 95661 |
| ABC Supply, Inc. | 1000 Mansell Exchange West, Ste 250, Alpharetta, GA 30022 |
| CED | PO Box 936557, Atlanta, GA 31193-6557 |
| Soligent Distribution | 1400 N McDowell Blvd, Petalum, CA 94954 |