**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No.: | 23-00998 | | Trustee Name: | John C. Bircher III |
| Case Name: | COVENANT SOLAR TECH LLC | | Date Filed (f) or Converted (c): | 06/08/2023 (c) |
| For the Period Ending: | 06/30/2023 | | §341(a) Meeting Date: | 07/12/2023 |
| | | | Claims Bar Date: | 08/17/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |

| Ref. # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | Checking- First Horizon 5751 | $333.53 | $333.53 | | $0.00 | $333.53 | $0.00 | $0.00 |
| 2 | Checking- Truist 1345 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | Checking- Truist 9375 | $55,705.18 | $55,705.18 | | $128.65 | $55,576.53 | $0.00 | $0.00 |
| 4 | Undeposited funds in Quickbooks finance that are due | $21,277.50 | $21,277.50 | | $0.00 | $21,277.50 | $0.00 | $0.00 |
| 5 | Accounts receivable- 90 days old or less | $265,621.52 | $265,621.52 | | $0.00 | $265,621.52 | $0.00 | $0.00 |
| 6 | Accounts receivable Over 90 days old | $483,332.65 | $483,332.65 | | $0.00 | $483,332.65 | $0.00 | $0.00 |
| 7 | Office furniture | $2,325.00 | $2,325.00 | | $0.00 | $2,325.00 | $0.00 | $0.00 |
| 8 | Office equipment, including all computer equipment and communication systems equipment and software | $7,575.00 | $7,575.00 | | $0.00 | $7,575.00 | $0.00 | $0.00 |
| 9 | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles See attached list | $74,471.41 | $74,471.41 | | $0.00 | $74,471.41 | $0.00 | $0.00 |
| 10 | Solar Company purchased Dec 2020, Roofing Pro purchased Jun 2022 | $2,641,192.23 | $2,641,192.23 | | $0.00 | $2,641,192.23 | $0.00 | $0.00 |
| | TOTALS (Excluding unknown value) | $3,551,834.02 | $3,551,834.02 | | $128.65 | $3,551,705.37 | $0.00 | $0.00 |

**Major Activities affecting case closing:**

07/25/2023     Motion filed employing forensic accountant and CPA; motion to employ attorney for trustee

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2023 | Current Projected Date Of Final Report (TFR): | /s/ JOHN C. BIRCHER III |
| | | | JOHN C. BIRCHER III |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |  | |
|---|---|---|---|
| **Case No.** | 23-00998 | **Trustee Name:** | John C. Bircher III |
| **Case Name:** | COVENANT SOLAR TECH LLC | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***3935 | **Checking Acct #:** | ******0023 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | John C. Bircher III, Ch 7 Trustee for Co |
| **For Period Beginning:** | 04/11/2023 | **Blanket bond (per case limit):** | $458,600.00 |
| **For Period Ending:** | 06/30/2023 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/15/2023 | (3) | Debtor | Wire IN in from Truist account ending 9375 | 1129-000 | $128.65 | | $128.65 |
| | | | **TOTALS:** | | $128.65 | $0.00 | $128.65 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $128.65 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $128.65 | $0.00 | |

**For the period of 04/11/2023 to 06/30/2023**

| | |
|---|---|
| Total Compensable Receipts: | $128.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $128.65 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/14/2023 to 6/30/2023**

| | |
|---|---|
| Total Compensable Receipts: | $128.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $128.65 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 23-00998 | Trustee Name: | John C. Bircher III |
|---|---|---|---|
| Case Name: | COVENANT SOLAR TECH LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3935 | Checking Acct #: | ******0023 |
| Co-Debtor Taxpayer ID #: | | Account Title: | John C. Bircher III, Ch 7 Trustee for Co |
| For Period Beginning: | 04/11/2023 | Blanket bond (per case limit): | $458,600.00 |
| For Period Ending: | 06/30/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| | | | | $128.65 | $0.00 | $128.65 |

For the period of 04/11/2023 to 06/30/2023

| | |
|---|---|
| Total Compensable Receipts: | $128.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $128.65 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 06/14/2023 to 6/30/2023

| | |
|---|---|
| Total Compensable Receipts: | $128.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $128.65 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOHN C. BIRCHER III

JOHN C. BIRCHER III